Andrew Gerber (AG 0779)
KUSHNIRSKY GERBER PLLC
27 Union Square West, Suite 301
New York, NY 10003
(212) 882-1320
*Attorneys for Plaintiff Danielle Laurenti Green*

James L. Ryerson
GREENBERG TRAURIG, LLP
500 Campus Dr., Suite 400
Florham Park, NJ 07932
(973) 360-7900
*Attorneys for Defendant Zoetop Business Co., Ltd.*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| DANIELLE LAURENTI GREEN, | : | Case No. 2:22-cv-01819-CCC-JRA |
| | : | |
| Plaintiff, | : | **JOINT STIPULATION OF** |
| v. | : | **DISMISSAL AND** |
| | : | **[PROPOSED] ORDER** |
| ZOETOP BUSINESS CO., LTD. d/b/a SHEIN and ROMWE, | : | |
| | : | |
| Defendant. | : | |

# JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Danielle Laurenti Green, by and through its undersigned counsel, and Defendant Zoetop Business Co., Ltd., by and through its undersigned counsel, being all parties to this action, jointly stipulate and agree pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure that this action and each and every count and claim asserted therein be dismissed with prejudice, with each party to bear their own costs, expenses, and fees.

Dated: September 23, 2022

Respectfully Submitted,

KUSHNIRSKY GERBER PLLC

By: /s/ Andrew Gerber
Andrew Gerber (AG 0779)
andrew@kgfirm.com
27 Union Square West, Suite 301
New York, NY 10003
(212) 882-1320
*Attorneys for Plaintiff Danielle Laurenti Green*

GREENBERG TRAURIG, LLP

By: /s/ James Ryerson
James L. Ryerson
500 Campus Dr., Suite 400
Florham Park, NJ 07932
(973) 360-7900
*Attorneys for Defendant Zoetop Business Co., Ltd.*

# **[PROPOSED] ORDER**

Based on the parties' Joint Stipulation, IT IS SO ORDERED. The Clerk of the Court is directed to dismiss this matter with prejudice. All other existing dates and deadlines in this matter are hereby vacated.

IT IS SO ORDERED.

Dated: _____, 2022            By: _____